UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARRAR ALMALIKI,

           Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

           Respondent.

Case No. C20-0344-MJP

ORDER OF DISMISSAL

      Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

      (1)    The Court ADOPTS the Report and Recommendation;

      (2)    The Government's motion to dismiss (Dkt. 5) is GRANTED;

      (3)    Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice; and

\\

\\

\\

ORDER OF DISMISSAL - 1

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this   2nd   day of   September   , 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2